IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN DOE | : |
| | : CIVIL ACTION |
| Plaintiff | : |
| | : |
| vs. | : NO. 15-CV-1355 |
| | : |
| SWARTHMORE COLLEGE, ET. AL., | : |
| | : |
| Defendants | : |

**ORDER**

AND NOW, this 9th day of June, 2015, upon consideration of Plaintiff's Motion for Permission to Proceed Under a Pseudonym (Doc. No. 4) and Defendants' Response in Opposition thereto, it is hereby ORDERED that the Motion is DENIED for the reasons set forth in the preceding Memorandum Opinion.

IT IS FURTHER ORDERED that Plaintiff is DIRECTED to Re-File his Pleadings using his legal name within twenty (20) days of the entry date of this Order.

BY THE COURT:

_____
J. CURTIS JOYNER, J.