IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAROOF HAQUE | : |
| | : |
| Plaintiff | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 15-CV-1355 |
| SWARTHMORE COLLEGE | : |
| | : FILED UNDER SEAL |
| Defendant | : |

## ORDER

AND NOW, this 28th day of January, 2016, upon consideration of Defendant's Motion to Strike or, in the Alternative, to Dismiss the Plaintiff's Third Amended Complaint, it is hereby ORDERED that the Motion to Strike is DENIED and that the Motion to Dismiss is GRANTED IN PART and DENIED IN PART and Plaintiff's First, Fifth, Sixth, Eighth, Ninth, Tenth and Eleventh Causes of Action are DISMISSED with prejudice. In all other respects the Motion to Dismiss is DENIED.

BY THE COURT:

J. CURTIS JOYNER,            J.