IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAROOF HAQUE | : |
|     Plaintiff | : CIVIL ACTION |
| vs. | : |
| | : NO. 15-CV-1355 |
| SWARTHMORE COLLEGE | : |
| | : FILED UNDER SEAL |
|     Defendant | : |

**FILED**
MAR 2 - 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

<u>ORDER</u>

AND NOW, this 23rd day of February, 2017, upon consideration of Defendant's Motion to Disqualify Plaintiff's Counsel, it is hereby ORDERED that the Motion is GRANTED for the reasons set forth in the preceding Memorandum Opinion and Raul Jauregui, Esquire and the Law Firm of Parish McCabe is DISQUALIFIED from any further representation in this matter.

IT IS FURTHER ORDERED that all proceedings in this matter are STAYED for a period of forty-five (45) days to enable Plaintiff to obtain new counsel to represent him.

BY THE COURT:

_____
J. CURTIS JOYNER, J.