IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAROOF HAQUE | : |
| | : |
| Plaintiff | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 15-CV-1355 |
| SWARTHMORE COLLEGE | : |
| | : FILED UNDER SEAL |
| Defendant | : |

FILED
MAR 2 - 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

**ORDER**

AND NOW, this 23rd day of February, upon consideration of Plaintiff's Motion for Statutory and Inherent Sanctions against Defendant on the grounds that Defendant does not have standing to move to disqualify Mr. Jauregui and Defendant's Response in Opposition thereto, it is hereby ORDERED that the Motion for Sanctions is DENIED.

BY THE COURT:

J. CURTIS JOYNER, J.