IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAROOF HAQUE                    :
                                :
        Plaintiff   FILED       :  CIVIL ACTION
                                :
vs.                JUL 10 2017  :
                                :  NO. 15-CV-1355
SWARTHMORE COLLEGE KATE BARKMAN, Clerk :
               By_____ Dep. Clerk :
        Defendant               :  UNDER SEAL

### ORDER

AND NOW, this 6th day of July, 2017, following telephone conference with the parties and it appearing to the Court that the privacy and FERPA-protected interests of the seven students who have objected to the disclosure of their educational records in the documents which Swarthmore proposes to produce in response to Plaintiff's discovery requests are sufficiently protected by the existing Protective Order in this case which provides, *inter alia*, that the documents are not to be distributed outside of this litigation or included in filings with the Court, it is hereby ORDERED that the said objections are OVERRULED as to those documents which contain shared education records between Plaintiff and other students and/or that relate directly to Plaintiff's disciplinary matter(s). Swarthmore College is permitted to produce those records without redactions, in accordance with the above-described existing Protective Order.

BY THE COURT:

_____
J. CURTIS JOYNER, J.