IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAROOF HAQUE, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 15-1355 |
| SWARTHMORE COLLEGE, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

FILED
JUL 28 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

AND NOW, this 27th day of July, 2017, upon consideration of Plaintiff's Motion to Lift Seal, Defendant's Response thereto, and Plaintiff's Reply in Further Support thereof, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Motion is GRANTED in part and DENIED in part. The seal previously placed on documents in this case shall be LIFTED, with the exception of Plaintiff's Original Complaint (Doc. No. 3), Plaintiff's Amended Complaint (Doc. No. 12), and Plaintiff's Second Amended Complaint (Doc. No. 21), all of which shall remain under seal.

It is further ORDERED that in all publicly filed documents the parties shall continue to refer to the complainant as "Jane Doe" and use pseudonyms for non-party Swarthmore students involved in this case.

BY THE COURT:

_____
J. CURTIS JOYNER,    J.