```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
MAROOF HAQUE                    :
                                :
        Plaintiff               : CIVIL ACTION
                                :
    vs.                         :
                                : NO. 15-CV-1355
SWARTHMORE COLLEGE              :
                                :
        Defendant               :
```

**ORDER**

AND NOW, this    25th    day of October, 2017, upon consideration of the Parties' letter constituting their Second Joint Request to Extend Discovery Deadlines, and it appearing to the Court that good cause exists, it is hereby ORDERED that the Motion is GRANTED IN PART, the Deadlines previously established in this Court's Orders of May 10, 2017 and August 8, 2017 are AMENDED and the following deadlines are now established:

1. All discovery shall proceed and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by January 31, 2018.

2. Plaintiff shall identify and submit a Curriculum Vitae for all expert witness on or before January 31, 2018.

3. Defendants shall identify and submit a Curriculum Vitae for all expert witness on or before February 14, 2018.

4. Reports and responses to expert witness discovery for

        all such experts shall be served on both parties on or before <u>March 7, 2018</u>.

5.    All <u>Daubert</u> motions and motions for summary judgment are due by <u>April 4, 2018</u>.

6.    All trial exhibits shall be marked and exchanged within 30 days after dispositive motions have been decided.

7.    The parties shall prepare and file with the Clerk of Court their Joint Pretrial Memoranda, in accordance with this Order and Local Rule of Civil Procedure 16.1(c) and any and all motions in limine at least 14 days before trial.

8.    A conference shall be held shortly after the decision on the Motion for Summary Judgment to set a trial date.

In all other respects the provisions of this Court's Scheduling Order of May 10, 2017 shall remain in full force and effect.

                                              BY THE COURT:

                                              <u>s/J. Curtis Joyner</u>  
                                              J. CURTIS JOYNER,     J.